### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLEN DELANE ARNETT JR.,       ) | |
| Plaintiff,                    ) | |
| v.                            ) | Case No. CIV-25-490-SLP |
| WARDEN CARTER,                ) | |
| Defendants.                   ) | |

### **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 8] issued by United States Magistrate Judge Amanda L. Maxfield pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). The Magistrate Judge recommends that the Court dismiss this action for failure to comply with the Court's Order [Doc. No. 5] to file a proper complaint and either pay the filing fee or file a motion to proceed in forma pauperis. *Id.* at 2-4. The Magistrate Judge also recommends that the Court deny Plaintiff's Motion for Extension of Time [Doc. No. 6] where he requests an extension of time to exhaust administrative remedies. *See id.*

The Magistrate Judge advised Plaintiff of his right to file an objection to the R&R on or before July 7, 2025, and that failure to timely object would waive the right to appellate review of the factual and legal questions contained therein. *Id.* at 4. To date, no objection has been filed, nor has an extension of time in which to object been sought. Upon review, the Court concurs with the R&R in full and finds that this action should be dismissed without prejudice and that Plaintiff's Motion [Doc. No. 6] should be denied.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 8] is ADOPTED. Plaintiff's Motion for Extension of Time [Doc. No. 6] is DENIED, and this matter is DISMISSED WITHOUT PREJUDICE. A separate judgment of dismissal shall be entered contemporaneously herewith.

IT IS SO ORDERED this 21st day of July, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE